No. 612. NATIONAL CITY BANK OF NEW YORK *v.* REPUBLIC OF CHINA ET AL. C. A. 2d Cir. Certiorari granted. *Chauncey B. Garver* and *Wm. Harvey Reeves* for petitioner. *Cletus Keating, Robert E. Kline, Jr.* and *Louis J. Gusmano* for the Republic of China, respondent.

No. 654. UNITED STATES *v.* BROWN. C. A. 2d Cir. Certiorari granted. *Solicitor General Sobeloff* for the United States. *Lee S. Kreindler* filed a memorandum stating that respondent does not oppose the petition.

No. 130. SORENSEN ET AL. *v.* CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied. *William L. Standard* and *Louis R. Harolds* for petitioners. *Denis M. Hurley* and *Seymour B. Quel* for respondent.

No. 592. WITTE *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Joseph Sitnick* for petitioner. *Grover C. Richman, Jr.,* Attorney General of New Jersey, and *John G. Thevos,* Deputy Attorney General, for respondent.

No. 599. GENERAL ELECTRIC Co. *v.* PORTER. C. A. 9th Cir. Certiorari denied. *F. D. Metzger* for petitioner. *Ivan Merrick, Jr.* and *Florence Mayne Merrick* for respondent.

No. 602. THEOBALD INDUSTRIES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Josephus C. Trimble* and *Joseph P. McCarthy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General*